Melborne Const. Co. v. Landis ........ 19672
Queen Incubator Co. v. Merrill ........ 19655
State v. Abrams .................... 19657
State ex Crabbe v. Buckeye State Bldg.
Co. .......................... 19635
Tracy v. Athens & P. Coal Co.......... 19654
Van Nostran et v. Leubitz ........... 19678
Yazell v. Findlay (City) ............ 19685

## PROCEEDINGS

### OHIO SUPREME COURT

### TUESDAY, APRIL 13, 1926

### GENERAL DOCKET

19012—Florence Hudson Heath v. City of Cleveland; error to the Cuyahoga Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-18-25; 3 Abs. 162; OA. 3 Abs. 277.

19058—Industrial Commission of Ohio v. Joe Phillips; error to the Cuyahoga Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade, and Robinson, JJ., concur. Dock. 4-15-25; 3 Abs. 233.

19113—Detroit, Toledo, & Ironton R. R. Co. v. John D. Rohrs; error to the Fulton Appeals. Judgment reversed and judgment for plaintiff in error. Marshall, CJ., Jones, Day and Kinkade, JJ., concur. Dock. 5-13-25; 3 Abs. 297; OA. 3 Abs. 276.

19137—Northern Ohio Traction & Light Co. v. Quaker Oats Co.; error to the Summit Appeals. Judgment affirmed. Marshall, CJ., Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-27-25; 3 Abs. 329.

19185—Cleveland Drop Forge Co. v. Travelers' Indemnity Co.; error to the Cuyahoga Appeals. Judgment affirmed. Marshall, CJ.. Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 6-17-25; 3 Abs. 377; OS. Pend. 3 Abs. 436.

19190—N. Y., Chic. & St. L. R. R. Co. v. Christian Biermacher; error to the Cuyahoga Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 6-17-25; 3 Abs. 377.

19245—State, ex rel. Thor Haavind, Receiver in Bankruptcy of the Norske-Lloyd Ins. Co., v. Charles C. Crabbe, as Atty. Genl., et al. In Mandamus. (On rehearing). Writ denied. Marshall, CJ., Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-22-25; 3 Abs. 435. OS. 3 Abs. 178.

19246—State ex rel Herbert Edward Burgess as Liquidator of Equitable Fire Ins. Co. Ltd. v. Charles C. Crabbe, as Atty. Genl., et al. In Mandamus. (On rehearing). Writ denied. Marshall, CJ., Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-22-25; 3 Abs. 435.

19413—R. S. Alter v. Robert Shearwood; error to the Hamilton Appeals. Dismissed for want of jurisdiction. Marshall, CJ., Jones, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 11-25-25; 3 Abs. 772; OA. 3 Abs. 685.

19457—Industrial Commission of Ohio v. George Hughes; error to the Perry Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen and Robinson, JJ., concur. Dock. 12-16-25; 3 Abs. 762.

19469—J. W. Stricker v. Industrial Commission of Ohio; error to the Carroll Appeals. Judgment of Court of Appeals reversed and that of the Court of Common Pleas affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-16-25; 3 Abs. 762.

19484—State of Ohio, ex rel. Board of Education of Swanton Village School Dist., v. Board of Education of Sharple Village School Dist.; error to the Lucas Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur. Dock. 1-6-26; 4 Abs. 10; OA. 4 Abs. 124.

19569—Cleveland & Eastern Transit Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Dismissed without record by consent of parties. Dock. 1-27-26; 4 Abs. 56; OS. Pend. 4 Abs. 114.

19572—Cain Brothers Bus Line, a Partnership, v. Public Utilities Commission; error to the Public Utilities Commission. Dismissed without record by consent of parties. Dock. 1-27-26; 4 Abs. 56.

19621—Industrial Commission of Ohio v. Benjamin H. Hibbs; error to the Tuscarawas Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-24-26; 4 Abs. 128; OS. Pend. 4 Abs. 212.

### MOTION DOCKET

19635—State of Ohio, ex rel. C. C. Crabbe, Atty. Genl., v. Buckeye State Building & Loan Co. Motion for Fayette Appeals to certify. Overruled. Dock. 3-3-26; 4 Abs. 142.

19654—James E. Tracy v. Athens & Pomeroy Coal & Land Co. Motion for Meigs Appeals to certify. Allowed. Dock. 3-10-26; 4 Abs. 160.

19655—Queen Incubator Co. v. Merrill Co. Motion for Lucas Appeals to certify. Overruled. Dock. 3-17-26; 4 Abs. 176; OA. 4 Abs. 203.

19657—State of Ohio v. C. S. Abrams. Motion for leave to file petition in error to the Cuyahoga Appeals. Overruled. Dock. 3-17-26; 4 Abs. 176.

19657—State of Ohio v. C. S. Abrams. Motion by defendant to affirm judgment. Sustained. Dock. 3-17-26; 4 Abs. 176.

19658—Cincinnati Traction Co. v. Edward Reshing. Motion for Hamilton Appeals to certify. Overruled. Dock. 3-17-26; 4 Abs. 176.

19672—Melborne Construction Co. v. Paul H. Landis. Motion for Stark Appeals to certify. Overruled. Dock. 3-17-26; 4 Abs. 176.

19676—Eliza Galloway v. Industrial Commission of Ohio. Motion for Hancock Appeals to certify. Overruled. Dock. 3-24-26; 4 Abs. 192.

19678—Howard L. Van Nostran et v. Joseph Leubitz. Motion for Stark Appeals to certify. Overruled. Dock. 3-24-26; 4 Abs. 192.

19679—David Atkins v. State of Ohio. Motion for leave to file petition in error to the Stark Appeals. Overruled. Dock. 3-24-26; 4 Abs. 192.

19685—Leonard H. Yazell, Admr., etc., v. City of Findlay, Ohio. Motion for Hancock Appeals to certify. Overruled. Dock. 3-24-26; 4 Abs. 192.